AO 91 (Rev. 08/09) Criminal Complaint

EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Matthew Isaiah Reif<br>140 Greer Drive East<br>Newark, Ohio 43055<br>*Defendant(s)* | )<br>)<br>)  Case No.  2:22-mj-563<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2021 - July 2022__ in the county of __Licking__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Sexual Exploitation of a Minor: use of a minor engaged in sexually explicit conduct for the purpose of producing a visual depiction of such conduct |
| 18 U.S.C. 2252(a) and 2252A(a) | Distribution, Receipt, and Possession of child pornography/visual depictions of minors engaged in sexually explicit activity |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

*Complainant's signature*

FBI TFO Brett Peachey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 12, 2022

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

**United States of America** : Case No.: 2:22-mj-563

v. :

**Matthew Isaiah Reif**
**140 Greer Drive East** : Magistrate Judge
**Newark, Ohio 43055**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brett M. Peachey, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), Columbus Resident Agency, being first duly sworn, hereby depose and state as follows:

1. I, Task Force Officer (TFO) Brett Peachey (your affiant), make this affidavit in support of a criminal complaint to arrest Matthew Isaiah REIF for violations of Title 18 United States Code §§ 2251(a), 2252(a), and 2252A(a) – the Sexual Exploitation of a Minor and the Distribution, Receipt, and Possession of Child Pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received and your affiant's personal knowledge and findings during the investigation. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that REIF committed the violations listed above

2. Your affiant has been employed as a police officer for the Westerville Police Department since December of 1995. Since March of 2008, your affiant has been assigned to the Child Exploitation and Human Trafficking Task Force of the Federal Bureau of Investigation, Cincinnati Division, Columbus Resident Agency, conducting online child enticement and child pornography investigations. Your affiant is also a member of the Franklin County Internet Crimes Against Children Task Force in Columbus, Ohio investigating similar crimes. Your affiant has gained experience through a Bachelor of Arts Degree in Criminology and has received specialized training in the area of internet crimes involving child exploitation, child pornography investigations and computer forensics. Your affiant

1

has been involved in hundreds of investigations involving internet crimes against children, resulting in dozens of felony arrests and convictions. As a Task Force Officer with the FBI, your affiant is authorized to investigate violations of the laws of the United States under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

3. On or about June 17, 2022, law enforcement officers with the Licking County Sherriff's Office (LCSO) received a report indicating that Minor Victim, a sixteen-year-old male, had been offered money and other gifts in exchange for engaging in sexual acts with an adult male. In conducting an investigation into these allegations, LCSO contacted Minor Victim.

4. On or about June 27, 2022, Minor Victim participated in a forensic interview. During that interview, Minor Victim revealed that Matthew Reif (REIF) had shown him adult and child pornography on multiple occasions over the last two years. Minor Victim indicated that he and his family knew REIF through their association with the Heath Church of Christ located in Heath, Ohio. Minor Victim also revealed that REIF asked him for photos of his erect penis. Minor Victim also advised that REIF had solicited nude photos of other juvenile males that both he and REIF were acquaintances with. More specifically, Minor Victim identified a juvenile relative of REIF and indicated that REIF's relative had once disclosed to Minor Victim that REIF had taken his nude photos in the past.

5. As a follow-up to the interview with Minor Victim, an interview with REIF was conducted by the LCSO on or about June 27, 2022. During that interview, REIF admitted to offering Minor Victim money and other gifts, including Jordan tennis shoes, in exchange for Minor Victim allowing REIF to engage in acts of masturbation with him. REIF further admitted that he had solicited two other male juveniles for photos of their penises and that those images were sent to REIF in exchange for REIF sending the juvenile's money and gifts. REIF noted that these conversations with the juvenile males, including Minor Victim, occurred primarily via text message and the mobile application, Snapchat.

6. During the investigation, law enforcement also learned that two separate CyberTipline reports involving REIF were submitted to the National Center for Missing and Exploited Children (NCMEC): CyberTip #103077083 (herein after referred to as CyberTip One) and CyberTip #103317742 (herein after referred to as CyberTip Two).

7. More specifically, law enforcement learned via CyperTip One that on or about September 29, 2021, two files of suspected child sexual abuse material had been distributed on Snapchat by the Snapchat screen/username "lildudematt". Those two files were both videos, one of which depicted an adult male inserting his penis into the anus of a prepubescent male. The second video file depicted a prepubescent female exposing her vagina and then engaging in acts of masturbation. According to information provided by Snapchat, the email address associated

2

to the "lildudematt" account was noted as matt17reif@gmail.com[1]. In addition to the above information, CyberTip One provided the following information related to the "lilmattdude" Snapchat user:

    **Date of Birth:**    11-01-1995
    **IP Address:**    107.77.235.219
                             09-30-2021:20:56 UTC

8. Law enforcement with LCSO also reviewed CyberTip Two and noted that on or about September 30, 2021, the day after the incident date from CyberTip One, four files of suspected child sexual abuse material had been uploaded to Snapchat by the same screenname/username "lildudematt". Two of those files were videos, one of which depicted a nude prepubescent female engaged in acts of masturbation. A second video depicted a prepubescent female nude from the waist down. The prepubescent female was observed masturbating. According to information provided by Snapchat for CyberTip Two, the email address associated to the "lildudematt" account was again noted as matt17reif@gmail.com. In addition to the above information, CyberTip Two also provided the same user date of birth and IP address information as noted above in CyberTip One.

9. On or about July 1, 2022, REIF was arrested by the LCSO for violations of the Ohio Revised Code (ORC) relating to Pandering Obscenity Involving a Minor (2907.32) and Illegal Use of a Minor in Nude Oriented Material (2907.323).

10. Further investigation revealed that REIF was employed as a travelling surgical technician which required him to commute for work. More specifically, law enforcement learned that REIF drove to Indiana for work and commuted back and forth between Ohio and Indiana for his job. In doing so, REIF maintained a residence at 140 Greer Drive in Newark, Ohio on the weekends and during the week, resided at 222 Forest Drive in Jeffersonville, Indiana. Law enforcement also learned that REIF maintained a storage unit in which he kept additional property, including digital media devices. Between approximately July 5, 2022 and July 13, 2022, search warrants were obtained and executed for REIF's vehicle, storage unit, and Ohio and Indiana residences. As result of these warrants, several digital media devices, including a Puanv USB drive and multiple SD cards, were seized.

11. After seizing all devices pursuant to the respective search warrants, LCSO began to preliminarily review the potential evidence contained on them. A cursory review of the Puanv USB drive seized from REIF's vehicle revealed numerous file folders, each of which was identified with the name of a male as the file folder title. Contained within each individual folder were videos which depicted different males, both juvenile and adult, engaged in acts of masturbation. In addition, a number of videos and images saved within the folders appeared to have been created via the Snapchat app.

---

[1] Your affiant would note that in his initial interview with LCSO, REIF Furthermore, REIF acknowledged to law enforcement hat he utilized the email addresses matt17reif@gmail.com and djlittlemattie@gmail.com.

3

12. Through further investigation, law enforcement with the LCSO learned that many of the males depicted within these folder files were local to the Newark, Ohio area and began attempting to identify the males based on their name and/or images and/or saved files. Although the investigation is still ongoing at this time, approximately a dozen males who have been identified thus far admitted to distributing photos or videos of themselves nude and/or masturbating via Snapchat when they were between the ages of fourteen and seventeen years of age. Although a majority of these males advised they knew REIF, they all separately believed that they were communicating on Snapchat with a female named Nicole Smith when they distributed image and videos of themselves on Snapchat.

13. Further investigation revealed that the Snapchat videos and images recovered from REIF's Punav USB drive depicted Snapchat conversations between a male and a purported female who used a female name and female emoji while communicating. It is believed by your affiant, based on the investigation thus far, that REIF utilized a female persona on Snapchat to communicate and make contact with the juvenile males. REIF would then solicit child sexual abuse material from them, thereby recording that content, and saving it to his USB drive.

14. In addition, continued review of two additional SD cards also recovered from REIF's vehicle revealed a video of Minor Victim masturbating in a shower. Your affiant reviewed the video and noted that REIF was depicted in the video and observed placing the camera in the shower. After the camera was placed, Minor Victim was depicted entering into the shower and masturbating. After the recovery of this video, Minor Victim participated in a second interview, during which, Minor Victim admitted that he had gone to a hotel located in Hebron, Ohio with REIF on approximately five to seven occasions when he was fifteen years of age. According to Minor Victim One, REIF bribed him to masturbate in the shower, however, Minor Victim stated he was unaware that he was being recorded by REIF at the time.

15. On August 1, 2022, your affiant obtained a search warrant through the United States District Court for the Southern District of Ohio for the digital media devices that had been seized by law enforcement entities in both Ohio and Indiana related to the investigation of REIF. Forensic extractions of those devices were then completed and the review of those extractions are still ongoing at this time.

16. A preliminary review by your affiant of some of the content contained on the Puanv USB drive and SD cards have revealed numerous videos depicting Minor Victim. For example, a five-minute video titled "MOV00005-iphonepod" was recovered which depicted Minor Victim wearing a distinct watch masturbating in the shower for a brief period of time before eventually exiting the shower.

17. Additional videos were also recovered from a folder titled "Trashes" which was a hidden folder created on a USB drive to store files marked for deletion. Within this folder, your affiant recovered numerous videos which depict REIF holding, carrying, and setting up a camera in a shower. Minor Victim, who is wearing the same distinct watch, is the depicted showering and masturbating with his hand and a hand held masturbation device. The videos

4

also depict REIF entering into the shower after Minor Victim exited it and removing items, including the masturbation device, from the shower.

18. On August 6, 2022, your affiant met with Minor Victim at his residence. Minor Victim again confirmed that he had gone to various hotels with REIF in the Newark area approximately ten to fifteen times beginning in early 2021. REIF would encourage Minor Victim to masturbate while in the shower advising that it was a normal thing for young males to do. Minor Victim was also shown sanitized images from the additional videos recovered by your affiant from REIF's digital media devices and further identified himself, his watch, and his t-shirt as observed in the videos. Minor Victim also confirmed that REIF had bought him the masturbation device depicted in the videos and would bring it to the hotel and encourage him to use it while in the shower.

## **CONCLUSION**

19. Based upon the above information, your affiant submits that there is probable cause to believe Matthew Isaiah REIF has committed violations of Title 18 United States Code §§ 2251(a), 2252(a), and 2252A(a) – the Sexual Exploitation of a Minor and the Distribution, Receipt, and Possession of Child Pornography. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.

_____
Brett M. Peachey
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 12th day of August, 2022.

_____
Kimberly A. Jolson
United States Magistrate Judge

5